WATERBURY MOTOR LEASE, INC. *v.* GERALD J. HEFFERNAN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT

ENGINEERED SINTERINGS AND PLASTICS COMPANY, INC. *v.* GERALD J. HEFFERNAN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT

The motion by Jeffrey M. Mines for permission to appear, argue and file a brief as amicus curiae on behalf of B. A. Leasing Corporation in the appeal from the Court of Common Pleas in Hartford County is granted to the extent that permission to file a brief is granted.

*Jeffrey M. Mines,* in support of the motion.

Submitted March 8—decided March 23, 1977

WILLIAM HICKEY ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF GLASTONBURY ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford is denied.

*John A. Berman,* in support of the petition.

*Edward C. Wynne* and *William S. Rogers,* in opposition.